UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARVEY L. JONES FARMS, INC., a Washington Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>GS LONG CO. INC., a Washington Corporation; BIOWORKS INC, a foreign Corporation; H&I AGRITECH INC., a foreign corporation,<br><br>  Defendants. | NO.  CV-07-3067-RHW<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The Court entered an Order on November 21, 2007, setting a briefing schedule for Plaintiff to establish the Court's subject matter jurisdiction over its claims in the above-captioned matter. Plaintiff was directed to file within ten days of the entry of the Order. Having not received any briefing from Plaintiff, and having determined the Court does not have subject matter jurisdiction over Plaintiff's claims under the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA), 7 U.S.C. §§ 136-136y, *Fiedler v. Clark*, 714 F.2d 77, 79 (9th Cir. 1983), the Court dismisses Plaintiff's claims without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED without prejudice**.

///
///
///

**ORDER DISMISSING CASE WITHOUT PREJUDICE**  * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and forward copies to counsel and to **close the file**.
3  **DATED** this 7th day of December, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

10  Q:\CIVIL\2007\Harvey Jones\dismiss order.wpd

**ORDER DISMISSING CASE WITHOUT PREJUDICE** * 2